1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, Ext. 13
   Facsimile:  (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for **Mr. Mark Neel**
6

7
                           UNITED STATES DISTRICT COURT
8
                         SOUTHERN DISTRICT OF CALIFORNIA
9
                           (**HONORABLE LARRY A. BURNS**)
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   07cr3355-LAB |
|   Plaintiff, | DATE:  January 22, 2007<br>TIME:   2:00 p.m. |
| v. | NOTICE OF MOTIONS: |
| LORI STAUFFER (1), | (1)  TO COMPEL DISCOVERY; |
| **MARK NEEL (2)**, | (2)  TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND, |
|   Defendants. | (3)  FOR LEAVE TO FILE FURTHER MOTIONS |

18
19  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CARLA BRESSLER[1], ASSISTANT UNITED STATES ATTORNEY:

20      PLEASE TAKE NOTICE that on January 14, 2007, at 2:00 p.m., or as soon thereafter
21  as counsel may be heard, the defendant, Mark Neel, by and through his counsel, Robert
22  Rexrode, will ask this Court to enter an order granting the following motions.

23                                          **MOTIONS**

24      The defendant, Mark Neel by and through his attorney, Robert Rexrode, pursuant to
25  the United States Constitution, the Federal Rules of Criminal Procedure, and all other

---

[1] As of today's filing, no AUSA has made an appearance in this case.  Defense counsel has therefore noticed the AUSA assigned this case in the government's Grand Jury Unit.

applicable statutes, case law and local rules, hereby moves this Court for an order:

    1) to compel discovery;
    3) to dismiss the indictment due to misinstruction of the grand jury; and,
    3) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: December 25, 2007

/s/ Robert H. Rexrode
**ROBERT H. REXRODE, III**
Attorneys for Mr. Neel
robert_rexrode@rexrodelawoffices.com