**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for **Mr. Mark Neel**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LARRY A. BURNS**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3355-LAB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| LORI STAUFFER (1), ) | |
| ) | |
| **MARK NEEL (2)**, ) | |
| ) | |
| Defendants. ) | |

    Counsel for Defendant, Mark Neel, certifies that the foregoing pleading is true and accurate to the best

of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

day upon:

    Carla Bressler, Assistant United States Attorney
    Carla.Bressler@usdoj.gov efile.dkt.gc2@usdoj.gov

    Respectfully submitted,

    /s/   Robert H. Rexrode

Dated: December 25, 2007    **ROBERT H. REXRODE, III**
    Attorney for Defendant
    robert_rexrode@rexrodelawoffices.com