1  KAREN P. HEWITT
   United States Attorney
2  STEVE MILLER
   Assistant U.S. Attorney
3  California State Bar No. 138020
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone:(619) 557-5432
   email: steve.miller2@usdoj.gov
6
   Attorney for Plaintiff
7  United States of America

8
                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Criminal Case No. 07cr3355-LAB
                                    )
11              Plaintiff,          ) Date: January 22, 2008
                                    ) Time: 2:00 p.m.
12 v.                               )
                                    ) GOVERNMENT'S APPLICATION FOR
13 LORI STAUFFER (1), and           ) ORDER TO SHORTEN TIME
   MARK NEEL (2),                   )
14                                  )
                Defendant.          )
15 _____  )

16     The Government requests an order shortening time to January 16, 2008, to file its response and

17 opposition to defendant's motions.

18     The grounds for this application is because Government counsel has been in trial preparations

19 and started trial on January 15, 2008 in case of <u>United States v. Randy Joe Delacruz</u> 07cr2981-LAB.

20     Dated: January 16, 2008

21                                              Respectfully submitted,

22                                              KAREN P. HEWITT
                                                United States Attorney
23
                                                /s/ Steve Miller
24
                                                STEVE MILLER
25                                              Assistant U.S. Attorney

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Criminal Case No.  07CR3355-LAB |
|                              ) | |
|         Plaintiff,           ) | |
|                              ) | CERTIFICATE OF SERVICE |
| v.                           ) | |
|                              ) | |
| LORI STAUFFER (1), and       ) | |
| MARK NEEL (2),               ) | |
|                              ) | |
|         Defendant.           ) | |
|                              ) | |

IT IS HEREBY CERTIFIED THAT:

I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Government's Application for Order to Shorten Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1. Michael E. Burke; burkelaw1@sbcglobal.net
2. Robert H. Rexrode; robert_rexrode@rexrodelawoffices.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case.

 n/a

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2008.

                s/Steve Miller  
                STEVE MILLER