| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,   )   Case No. 07cr3355-LAB
)
        Plaintiff,   )
   v.   )
)   ORDER SHORTENING TIME
LORI STAUFFER (1),   )
MARK NEEL (2),   )
)
        Defendant.   )
)

    Upon application of the Government and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Government's Response and Opposition to defendant's motions be filed on January 16, 2008.

DATED:  January 18, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge