1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169, Ext. 13
   Facsimile: (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

Attorneys for **Mr. Mark Neel**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LARRY A. BURNS**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   07cr3355-LAB |
| ) | |
| ) | DATE:   March 17, 2008 |
| Plaintiff, ) | TIME:   2:00 p.m. |
| v. ) | |
| ) | NOTICE OF *IN LIMINE* MOTIONS: |
| ) | |
| ) | (1)   TO EXCLUDE CO-DEFENDANTS |
| LORI STAUFFER (1), ) | STATEMENTS; |
| ) | (2)   TO EXCLUDE HEARSAY |
| **MARK NEEL (2)**, ) | STATEMENTS REGARDING |
| ) | "FINANCIAL GAIN"; AND, |
| Defendants. ) | (3)   TO EXCLUDE 404(b) & 609 |
| ) | EVIDENCE |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      STEPHEN F. MILLER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 17, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Mark Neel, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Mark Neel by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to exclude co-defendant's statements;
3) to exclude hearsay statements donts regarding financial gain; and,

1  3) to exclude 404 (b) and 609 evidence.

2  These motions are based upon the instant motions and notice of motions, the attached
3  statement of facts and memorandum of points and authorities, and all other materials that
4  may come to this Court's attention at the time of the hearing on these motion.

6  Respectfully submitted,

8  Dated: February 26, 2008
   /s/ Robert H. Rexrode
   **ROBERT H. REXRODE, III**
   Attorney for Mr. Neel
9  robert_rexrode@rexrodelawoffices.com

28  2                                    07cr3355