1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, ext. 13
   Facsimile:    (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5

   Attorney for **Mr. Mark Neel**
6

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                    (**HONORABLE LARRY A. BURNS**)
10
    UNITED STATES OF AMERICA,        )   CASE NO.  07cr3355-LAB
11                                    )
                    Plaintiff,        )
12  v.                               )
                                     )   PROOF OF SERVICE
13  LORI STAUFFER (1),               )
                                     )
14  **MARK NEEL (2)**,               )
                                     )
15                  Defendants.      )
    _____   )   _____
16

17
         Counsel for Defendant, Mark Neel, certifies that the foregoing pleading is true and accurate
18
    to the best of his information and belief, and that a copy of the foregoing document has been served
19
    via CM/ECF this day upon:
20

21       Stephen F. Miller, Assistant United States Attorney
         stephen.miller@usdoj.gov efile.dkt.gc2@usdoj.gov
22

23                                      Respectfully submitted,

24                                      /s/    Robert H. Rexrode

25  Dated: February 26, 2008           **ROBERT H. REXRODE, III**
                                        Attorney for Defendant
26                                      robert_rexrode@rexrodelawoffices.com

27

28