```
KAREN P. HEWITT
United States Attorney
STEVE MILLER
Assistant U.S. Attorney
California State Bar No. 138020
United States Courthouse
940 Front Street, Room 5152
San Diego, California  92189-0150
Telephone: (619) 557-5432
email: steve.miller2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07cr3355-LAB |
| ) | |
| PLAINTIFF, ) | UNITED STATES' TRIAL MEMORANDUM |
| ) | |
| V. ) | |
| ) | DATE: March 20, 2008 |
| MARK NEEL, ) | TIME: 9:00 a.m. |
| ) | |
| DEFENDANT, ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steve Miller, Assistant United States Attorney, respectfully submits the following trial memorandum of facts and law in the above-captioned matter.

**I**

**STATEMENT OF CASE**

**A.   INDICTMENT**

Defendant MARK NEEL was indicted by a federal grand jury on one count of bringing an alien into the United States for commercial advantage, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), and one count of failing to present an alien when bringing the alien into the United States, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

**B.  TRIAL STATUS**

Trial is scheduled for Thursday, March 20, 2008, at 9:00 a.m. before the Honorable Larry A. Burns, United States District Court Judge. The United States anticipates that its case-in-chief will last one day.

**C.  STATUS OF COUNSEL**

Defendant is represented by Robert Rexrode.

**D.  CUSTODY STATUS**

Defendant is in custody.

**E.  INTERPRETER**

The United States will provide an interpreter for the material witness. The defendant does not need an interpreter.

**F.  JURY WAIVER**

Defendant has not waived trial by jury.

**G.  PRE-TRIAL MOTIONS**

Defendant filed motions to compel discovery, to dismiss the Indictment and to file further motions.

**H.  STIPULATIONS**

To date, the parties have not agreed to any stipulations.

## II

### STATEMENT OF FACTS

On November 12, 2007, at approximately 11:01 p.m., defendant Lori Stauffer drove and MARK NEEL rode as a passenger in a black Mercedes Benz 190E to the San Ysidro Port of Entry. At the primary inspection area, Stauffer was unable to open the trunk. When the inspector looked inside the rear of the car, he found a person concealed behind the rear seat area. The car was referred to secondary inspection.

1    In the secondary inspection area, inspectors removed the rear
2 seat cushion and discovered a red metal container that was an
3 alternate fuel source. The inspector removed a Hispanic male who was
4 concealed in the gas tank compartment.
5    Stauffer confessed after she waived her Miranda rights. She has
6 pled guilty to Count 1 of the Indictment charging the 3-year minimum
7 mandatory crime and is expected to testify as a witness at trial.
8    Defendant NEEL was advised of his Miranda rights and agreed to
9 make a statement. His statement was video recorded and a transcript
10 has been prepared. The transcript is appended to this trial
11 memorandum. NEEL told agents that he met a certain person in "T.J."
12 who offered him a job because NEEL needed money. He was offered the
13 job on Saturday around 5:00 in the evening. NEEL said it was quick
14 money but did not know how much he was to be paid. NEEL was not
15 present when the alien was loaded in the car, but he knew the alien
16 was male because he saw the alien in the cell after his arrest.
17    During the interview, the agent asked NEEL "Alright. Was she
18 aware that there was an illegal alien inside the vehicle?" NEEL
19 stated "I'm not sure, don't know." When asked "Were you aware there
20 was an illegal alien inside the vehicle?" NEEL replied "Yes, I did."
21    The material witness is Modesto Morales-Castillo. He told the
22 agents that he is a Mexican citizen with no right to come to the
23 United States. He traveled from Cuernavaca, Morelos to Tijuana by
24 bus. He stayed in Tijuana for about three days when he was approached
25 by an Hispanic male at the bus depot and take to a hotel. Morales-
26 Castillo spend one day at the hotel and was taken to a house. He said
27 a tall white male with a goatee and a white female were present when
28 he was being concealed in the car.

# III

## **WITNESSES**

The United States may call the following witnesses in its case-in-chief, although it reserves the right to change the order of these witnesses, substitute witnesses, add witnesses or omit one or more witnesses.

1. Eric Velazquez, CBP Officer
2. John Ervin, CBP Officer
3. Rick Gaytan, CBP Officer
4. Shawn Kitaura, CBP Officer
5. Lori Stauffer
6. Modesto Morales-Castillo.

# IV

## **PERTINENT LAW**

A. BRINGING IN ILLEGAL ALIENS FOR FINANCIAL GAIN

The essential elements of a violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) are:

1. defendant knowingly and intentionally brought a person to the United States;

2. the person was an alien who had not received prior official authorization to come to, enter or reside in the United States;

3. defendant knew or acted in reckless disregard of the fact that the person was an alien who had not received prior official authorization to come to, enter, or reside in the United States;

4. defendant brought the alien to the United States for the purpose of commercial advantage or private financial gain; and

5. defendant acted with the intention of violating the immigration laws of the United States.

B. <u>BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION</u>

The essential elements of a violation of Title 8, United States Code, Section 1324(a)(2)(b)(iii) are:

1. defendant knowingly and intentionally brought a person to the United States;
2. the person was an alien who had not received prior official authorization to come to, enter or reside in the United States;
3. defendant knew or acted in reckless disregard of the fact that the person was an alien who had not received prior official authorization to come to, enter, or reside in the United States;
4. that upon arrival in the United States or at the port of entry, the defendant did not immediately bring and present the alien to an appropriate immigration officer at a designated port of entry;
5. defendant acted with the intention of violating the immigration laws of the United States.

## V

### PROPOSED JURY INSTRUCTIONS

The United States will provide a complete copy of its jury instructions to the Court and defense counsel under separate cover.

## VI

### EXHIBIT LIST

The United States will provide an exhibit list on the day of trial.

## VI

### ANTICIPATED LEGAL ISSUES

A. <u>Co-Defendant's Statements</u>

NEEL moves to exclude Ms. Stauffer's statements. This issue is moot because Ms. Stauffer has pled guilty and any of her statements will be as direct testimony at trial.

B.   Statements of Financial Gain

NEEL moves to exclude statements related to financial gain. The Government will offer defendant NEEL's own statements that he did this because he needed money. Furthermore, he is liable for committing this offense by aiding and abetting the financial gain or commercial advantage of another person. Therefore, the material witness will testify regarding the details of his arrangements to be smuggled and how he was going to pay. NEEL's efforts to bring the alien to the United States assisted the organizer by bringing the paying customer to the person to be paid. Furthermore, any financial arrangements made by the material witness with an unavailable witness was a commercial transactions. As a commercial transaction, there was an offer and an acceptance. Consequently, the statement were acts of independent legal significance that are admissible hearsay.

C.   609 and 404b Evidence

NEEL moves to exclude evidence of prior act and prior felony convictions. The Government does not intend to offer evidence of prior acts that are not inextricably intertwined with the present offense.

The Government reserves the right to offer evidence of defendant's prior felony conviction to impeach defendant's testimony if he elects to testify. Defendant was convicted of forgery of a financial instrument in Dallas in 2004 and was sentenced to 15 months prison. Defendant was also convicted of possession of marijuana in San Diego in 2005 and sentenced to 2 years custody. The San Diego docket imposed the 2 years concurrently to any parole revocation in Texas. Should defendant testify, the Government will seek to offer evidence that defendant is a convicted felon.

## VIII

## **VOIR DIRE QUESTIONS**

The Government requests permission to inquire into the following topics during voir dire.

1. Is there any juror who does not believe they can pass judgment on another person?

2. Is there any juror who is acquainted with any other juror on the venire prior to their service here today?

3. Is there any juror who has had an experience with law enforcement that they would characterize as unpleasant?

4. Is there any juror who has never had an experience of crossing the international border?

5. Is there any juror who has had an experience of being referred for a secondary inspection?

DATED:    March 18, 2008

                          Respectfully submitted,

                          KAREN P. HEWITT
                          United States Attorney

                          s/Steve Miller

                          STEVE MILLER
                          Assistant U.S. Attorney

|     |                                                                                   |
|-----|-----------------------------------------------------------------------------------|
| 1   | UNITED STATES OF AMERICA                                                          |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA                                                   |

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3355-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MARK NEEL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the United States' Trial Memorandum on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1. Robert Rexrode

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case n/a the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008

s/Steve Miller
STEVE MILLER