1  KAREN P. HEWITT
   United States Attorney
2  STEVE MILLER
   Assistant U.S. Attorney
3  United States Attorney's Office
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-5432
5  email: steve.miller2@usdoj.gov

6  Attorneys for Plaintiff
   United States of America

7
                    UNITED STATES DISTRICT COURT
8
                    SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR3355-LAB
                                    )
11              Plaintiff,          )   DATE:  March 20, 2008
                                    )   TIME:  9:00 a.m.
12        v.                        )
                                    )
13 MARK NEEL,                       )   **UNITED STATES' PROPOSED**
                                    )   **JURY INSTRUCTIONS**
14              Defendant.          )
   _____)

15

16    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 Karen P. Hewitt, United States Attorney, and Steve Miller, Assistant U.S. Attorney, and hereby

18 files its proposed jury instructions in the above-referenced case. The United States also requests

19 leave to offer further jury instructions as may become relevant during the course of trial.

20

21    DATED: March 20, 2008.        Respectfully submitted,

22                                  KAREN P. HEWITT
                                    United States Attorney
23

24                                  s/Steve Miller
                                    STEVE MILLER
25                                  Assistant United States Attorney

26

27

28

COURT'S INSTRUCTION NO.____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __1__

The defendant is charged in Count 1 of the indictment with bringing an alien to the United States for the purpose of commercial advantage or private financial gain, in violation of Section 1324(a)(2)(B)(ii) of Title 8 of the United States Code and Section 2 of Title 18 of the United States Code.

In order the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly and intentionally brought a person who was an alien to the United States for the purpose of personal commercial advantage or personal private financial gain:

Second, the defendant knew or was in reckless disregard of the fact that the person was an alien who had not received prior official authorization to come to, enter or reside in the United States;

Third, the defendant acted with the intent to violate the United States immigration laws.

An alien is a person who is not a natural-born or naturalized citizen of the United States.

The terms "commercial advantage" and "private financial gain" mean any economic benefit.

COURT'S INSTRUCTION NO.____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __2__

A defendant may be found guilty of bringing an illegal alien to the United States for commercial advantage or financial gain, even if the defendant personally did not commit the act or acts constituting the crime but aided and abetted in its commission. To prove a defendant guilty of aiding and abetting, the government must prove beyond a reasonable doubt:

First, some individual brought an alien to the United States for commercial advantage or financial gain.

Second, the defendant knowingly and intentionally aided, counseled, commanded, induced or procured the individual(s) to commit the crime of bringing in the illegal aliens for the individual's commercial advantage or private financial gain; and

Third, the defendant acted before the crime was completed.

It is not enough that the defendant merely associated with the person committing the crime, or unknowingly or unintentionally did things that were helpful to that person, or was present at the scene of the crime.

The evidence must show beyond a reasonable doubt that the defendant acted with the knowledge and intention of helping that person commit the crime of bringing in an illegal alien for commercial advantage or financial gain.

The government is not required to prove precisely which person actually committed the crime and which person aided and abetted.

COURT'S INSTRUCTION NO.____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __3__

The defendant is charged in Count 2 of the indictment with failing to present an alien who was brought to the United States upon arrival, in violation of Section 1324(a)(2)(B)(iii) of Title 8 of the United States Code and Section 2 of Title 18 of the United States Code.

In order the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant brought a person who was an alien to the United States and upon arrival did not immediately bring and present the alien to an appropriate immigration official at a designated port of entry;

Second, the defendant knew or was in reckless disregard of the fact that the person was an alien who had not received prior official authorization to come to, enter, or reside in the United States;

Third, the defendant acted with the intent to violate the United States immigration laws.

An alien is a person who is not a natural-born or naturalized citizen of the United States.

The terms "commercial advantage" and "private financial gain" mean any economic benefit.

COURT'S INSTRUCTION NO.____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __4__

A defendant may be found guilty of bringing an illegal alien to the United States for commercial advantage or financial gain, even if the defendant personally did not commit the act or acts constituting the crime but aided and abetted in its commission. To prove a defendant guilty of aiding and abetting, the government must prove beyond a reasonable doubt:

First, some individual brought a person who was an alien to the United States and upon arrival did not immediately bring and present the alien to an appropriate immigration official at a designated port of entry;

Second, the defendant knowingly and intentionally aided, counseled, commanded, induced or procured the individual(s) to commit the crime of bringing in the illegal aliens for the individual's commercial advantage or private financial gain; and

Third, the defendant acted before the crime was completed.

It is not enough that the defendant merely associated with the person committing the crime, or unknowingly or unintentionally did things that were helpful to that person, or was present at the scene of the crime.

The evidence must show beyond a reasonable doubt that the defendant acted with the knowledge and intention of helping that person commit the crime of bringing in an illegal alien for commercial advantage or financial gain.

The government is not required to prove precisely which person actually committed the crime and which person aided and abetted.

|  |  |  |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr3355LAB |
| 4 | Plaintiff, ) | |
|   | ) | CERTIFICATE OF SERVICE |
| 5 | v. ) | |
| 6 | MARK NEEL, ) | |
| 7 | Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the United States Proposed Jury Instructions on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1. Robert Rexrode

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case n/a the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2008.

s/Steve Miller
STEVE MILLER