UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )      CASE NO. 07CR3355-LAB
        vs                       )
                                 )
MARK NEEL,                       )      **V E R D I C T**
                                 )
            Defendant,           )
_____)

We the jury in the above entitled cause find the defendant, MARK NEEL,

__Guilty__ of Bringing in an Illegal Alien (Modesto Morales-Castillo) for Financial Gain and Aiding and Abetting as charged in Count 1 of the Indictment.

__Guilty__ of Bringing in an Illegal Alien (Modesto Morales-Castillo) Without Presentation and Aiding and Abetting as charged in Count 2 of the Indictment.

David Rewolinski
_____
FOREPERSON

Date: 3/21/08
San Diego, California