GNT    **EXHIBIT LIST**    Marked        Identified

| | | Marked | Identified |
|---|---|---|---|
| 1. | Photograph Mercedes | MAR 2 0 2008 | MAR 2 0 2008 |
| 2. | Photograph Mercedes | MAR 2 0 2008 | MAR 2 0 2008 |
| 3. | Photograph Mercedes | MAR 2 0 2008 | MAR 2 0 2008 |
| 4. | Photograph Trunk | | |
| 5. | Photograph Rear Seat Area | MAR 2 0 2008 | MAR 2 0 2008 |
| 6. | Photograph Rear Seat Area | MAR 2 0 2008 | MAR 2 0 2008 |
| 7. | Photograph Material Witness In Compartment | MAR 2 0 2008 | MAR 2 0 2008 |
| 8. | Photograph Empty Compartment | | |
| 9. | DVD- Neel Statement | MAR 2 0 2008 | |
| 9A. | Transcript of Neel Statement | MAR 2 0 2008 | |

Defendant exhibit list

A. DMV CA Driver License (Marked)